ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JULIE ZATZ (State Bar No. 155560)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Email:julie.zatz@usdoj.gov
    Telephone:  (213) 894-7349
    Fax:            (213) 894-7819

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROY JENKINS and GLENDA JENKINS | No. CV 10-8866-GHK (DTBx) |
| Plaintiffs, | [~~PROPOSED~~] |
| v. | PROTECTIVE ORDER |
| UNITED STATES OF AMERICA, UNITED STATES NAVY | |
| Defendants. | |

1 | The Court has read and considered the Stipulation for Protective Order,
2 | lodged by Plaintiffs Roy and Glenda Jenkins and by Federal Defendants, the
3 | United States of America and the United States Navy.
4 |     For the reasons stated in the Stipulation and for good cause shown, the Court
5 | hereby APPROVES the Stipulation and ORDERS that any records and information
6 | which Federal Defendant produces to Plaintiff under Rules 26, 33 and 34 of the
7 | Federal Rules of Civil Procedure, but which are protected from disclosure under
8 | the Privacy Act, 5 U.S.C. § 552a(b), shall be provided and used by the Parties
9 | pursuant to and in accordance with the Stipulation.

11 |     SO ORDERED this 29th day of March, 2011

*[signature]*

HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE